# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| RODOLFO LARA, on behalf of himself and similarly situated persons, ) ) ) | |
| Plaintiff, ) ) | Case No. 17 CV 6230 |
| v. ) ) | Judge Thomas M. Durkin |
| COMFORT HOME REMODELING DESIGN CORP. and FLORIN NISTOR, individually, ) ) ) ) ) | Magistrate Judge Young B. Kim |
| Defendants. ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Rodolfo Lara, having resolved this matter, stipulates to the voluntary dismissal of this lawsuit with prejudice and without the assessment of costs and/or attorneys' fees against any party.

Respectfully submitted,

Dated: October 17, 2017

s/Javier Castro
Javier Castro
Lydia Colunga-Merchant
Raise the Floor Alliance – Legal Dept.
1 N. LaSalle, Suite 1275
Chicago, IL 60602

*Attorneys for Plaintiff*